# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| FRANK D. MONSEGUE, SR., | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | CV416-021 |
| | ) | CR414-019 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Movant Frank Monsegue, Sr., moves the Court to transfer a copy of its records to the Eleventh Circuit for use in his appeal (doc. 29) and to appoint counsel to represent him on appeal (doc. 28). The Court, however, has already transferred his notice of appeal and a copy of the docket sheet (*see* doc. 24), and he must take his request for the appointment of counsel directly to the Court of Appeals. *See* 11th Cir. R. 27-1(d)(4) (permitting the appointment of counsel "for indigent persons appealing from . . . [the] denial of . . . petitions filed under 28 U.S.C. § 2255"); *see also* 18 U.S.C. § 3006A. His motions (docs. 28 & 29) are therefore **DENIED** as moot.

**SO ORDERED,** this __18th__ day of October, 2017.

_/s/ G. R. Smith_
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA