# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| FRANK D. MONSEGUE, Sr., | ) | |
| Movant, | ) | |
| v. | ) | CV416-021 |
| | ) | CR414-019 |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

## **ORDER**

Movant Frank Monsegue, Sr., moves the Court to "supplement" his motion to amend his 28 U.S.C. § 2255 motion. Doc. 175. That motion, of course, was already recommended for denial by the undersigned as an unauthorized, successive motion. Doc. 173. Nothing in his motion to supplement demonstrates that his motion was mischaracterized, and nothing in it surmounts the jurisdictional barrier that prevents this Court from considering it absent authorization from the Court of Appeals. *Compare* docs. 172, 173 & 175; *see* doc. 178 (Government's opposition). To the extent Monsegue asks this Court to reconsider its recommendation that his amended motion be denied, that request too is

**DENIED**.

**SO ORDERED,** this 19th day of July, 2019.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA